SAMUEL DANZIG, Individually, etc., Respondent, v. AMASIA IMPORTING CORPORATION and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HONORE PALMER and Another, as Trustees, etc., Respondents, v. JOHN T. BROOK, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM T. COLLINS, as Executor, etc., of HENRY POLS, Deceased, Plaintiff, v. LIBERTY NATIONAL BANK AND TRUST COMPANY IN NEW YORK, Respondent, Impleaded with FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MAX J. BEUCHLER, Appellant, v. JOHN C. A. GERSTER, Respondent. JOHN C. A. GERSTER, Respondent, v. MAX J. BEUCHLER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NEIDOLD REALTY CORPORATION, Respondent, v. 680 WEST END AVENUE CORPORATION and Others, Defendants, Impleaded with LOUIS B. SIMONDS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; O'Malley, J., dissents.

CHARLES ROEHM, Appellant, v. FLORENCE ROEHM, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SOPHIE PODGUR, Respondent, v. PHILIP KATZ, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of MAX JACKEL, Appellant, for a Mandamus Order against LAWRENCE JOFFE, a Marshal of the City of New York, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CECILE WEINBERG, Respondent, v. DAVID F. ENGEL and Others, Appellants.— Determination reversed, with ten dollars costs and disbursements to the appellant in this court and in the Appellate Term, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of WILLIAM DELANEY, Appellant, for an Order of Mandamus against EDWARD P. MULROONEY, as Commissioner of Police, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.